IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUSTIN SHOCKLEY, ON BEHALF OF HIMSELF, THOSE SIMILARLY SITUATED, AND THE PROPOSED RULE 23 CLASS, | : : : : : : | CIVIL ACTION |
| *Plaintiffs,* | : : | |
| v. | : : | No. 17-cv-4519 |
| GOBRANDS, INC., D/B/A GOPUFF, INC., | : : : : | |
| *Defendant.* | : : | |

### ORDER

**AND NOW**, this 2nd day of April, 2019, upon consideration of the parties' joint status update (ECF No. 36), it is hereby **ORDERED** that the parties shall submit a joint status update **on or before October 31, 2019** with the following information: (a) advise whether arbitrations have been calendared, (b) provide an updated estimated date of resolutions for the arbitrations, and (c) advise whether Plaintiffs Bowman and Cardona have filed for arbitration.

                                                                        **BY THE COURT:**

                                                                        */s/ Mitchell S. Goldberg*

                                                                        **MITCHELL S. GOLDBERG, J.**